CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

APR 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD TOLAND FIELDS,<br>Petitioner, | Civil Action No. 7:07cv00492<br>(Criminal Case No. 5:04cr30018) |
| v. | **FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that Respondent's motion to dismiss shall be and hereby is **GRANTED**, and petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DENIED**. Any pending motions are hereby **DENIED as MOOT**, and this action is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this final order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 30th day of April, 2008

/s/ Glen E. Conrad
United States District Judge